# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARTARIES WILSON | CIVIL ACTION NO: 22-3765 |
| VERSUS | JUDGE: ASHE |
| MARQUETTE TRANSPORTATION COMPANY, LLC | MAGISTRATE: NORTH |

## PLAINTIFF'S WITNESS & EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **CHARTARIES WILSON**, who respectfully submits the following Witness List identifying individuals who may be called to testify at the trial of this matter, and Exhibit List identifying exhibits which may be introduced or otherwise utilized at trial:

## MAY CALL WITNESSES:

1. Chartaries Wilson, Plaintiff
   Fact witness;

2. Capt. Anthony Sevin
   Fact witness;

3. Demarcus Jackson
   Fact witness;

4. Zachary Ray
   Fact witness;

5. Cardell Magee
   Fact witness;

6. Ryan Malone
   Fact witness;

7. A duly authorized corporate representative(s) of Marquette Transportation Company, LLC, Defendant

8. Any adjuster assigned to handle plaintiff's maintenance and cure benefits and accident investigation, including but not limited to, Ronnie P. Dupuy;

9. Representative of any liability insurance carrier covering defendant at the time of the subject accident;

10. Representative of Health Works Medical, LLC
    Jennifer Johnson, APRN
    Expert witness
    127 Alben Barkley Drive
    Paducah, KY 42003;

11. Representatives of ISR Physical Therapy
    Expert witnesses
    1516 River Oaks Road W
    Harahan, LC 70123;

12. Representatives of Lundberg Medical Imaging
    Dr. Robert Garneau
    Dr. Joseph Lambert, II
    Expert witnesses
    2421 Broadway
    Paducah, KY 42001;

13. Representative of Murphy Chiropractic Clinic
    Dr. Aaron J. Murphy
    Expert witness
    2700 25th Avenue
    Gulfport, MS 39501;

14. Representative of Bingle Chiropractic Clinic
    Dr. Reza Donesh
    Expert witness
    8561 Long Point Road, #103
    Houston, TX 77055;

15. Representatives of Westchase Diagnostic Imaging Center
    Dr. Chard Porter
    Dr. Matthew Dang
    Expert witnesses
    13450 Richmond Ave, Ste. 300
    Houston, TX 77082;

16. Representative of Next Generation Orthopedic and Spine
    Dr. Anthony Owusu
    Expert witness
    200 Valleywood Drive, Ste. #300A
    The Woodlands, TX 77380-3571;

17. Representative of Merit Health Biloxi
    Dr. Alfonso Espinel
    Expert witness
    150 Reynoir Street
    Biloxi, MS 39530;

18. Representative of One Spine Institute
    Dr. Peter Liechty
    Expert witness
    9344 Three Rivers Road
    Gulfport, MS 39503;

19. Representative of Segura Neuroscience and Pain Center
    Dr. Ronald Segura
    Expert witness
    141 Lakeview Circle
    Covington, LA 70433;

20. Captain Gregg Nichols-Marine/safety expert
    818 Grand Central St.
    Clearwater, FL 33756;

21. Aaron M. Wolfson, Ph.D.-Vocational and Life Care Planning expert
    3501 N. Causeway Blvd, Suite 900
    Metairie, LA 70002;

22. G. Randolph Rice-Expert economist
    7048 Moniteau Court
    Baton Rouge, LA 70809;

23. Any witness necessary to authenticate any document or photograph offered at trial;

24. Any witness listed by any other parties; and,

25. Any witness necessary for impeachment or rebuttal purposes.

## TRIAL EXHIBITS:

1. Vessel Incident Report;

2. Written Statement of plaintiff, Chartaries Wilson;

3. Written Statement of Demarcus Jackson;

4. Personnel file of Chartaries Wilson;

5. Performance Evaluations of Chartaries Wilson;

6. Payroll records of Chartaries Wilson;

7. Relevant Portions of Marquette's Employee Safety Rules;

8. Pre-Employment Physical Examination Records of Chartaries Wilson;

9. Photographs of the M/V ST MATTHEW in question as well as the scene of the accident, and plaintiff's injuries;

10. Diagrams and schematics of the M/V ST MATTHEW in question;

11. Voyage Risk Assessments (MARQUETTE 000263, 000267, 000271, and 000275-000277);

12. Declarations page and certified insurance policy of marine liability insurance covering defendant, Marquette Transportation Company, LLC, at the time of the accident in question;

13. All of plaintiff's accident-related medical bills, records, reports, imaging and diagnostic studies, including but not limited to, from the following providers:

    a) Health Works Medical, LLC
       127 Alben Barkley Drive
       Paducah, KY 42003;

    b) ISR Physical Therapy
       1516 River Oaks Road W
       Harahan, LC 70123;

    c) Lundberg Medical Imaging
       2421 Broadway
       Paducah, KY 42001;

    d) Murphy Chiropractic Clinic
       2700 25th Avenue
       Gulfport, MS 39501;

    e) Bingle Chiropractic Clinic
       8561 Long Point Road, #103
       Houston, TX 77055;

  f)   Westchase Diagnostic Imaging Center
    13450 Richmond Ave, Ste. 300
    Houston, TX 77082;

  g)   Next Generation Orthopedic and Spine
    200 Valleywood Drive, Ste. #300A
    The Woodlands, TX 77380-3571;

  h)   Merit Health Biloxi
    150 Reynoir Street
    Biloxi, MS 39530;

  i)   One Spine Institute
    9344 Three Rivers Road
    Gulfport, MS 39503;

  j)   Segura Neuroscience and Pain Center
    141 Lakeview Circle
    Covington, LA 70433;

  k)   AVALA Hospital
    67252 Industry Lane
    Covington, LA 70433; and

  l)   Crescent View Surgery Center
    3434 Houma Blvd, Suite 300
    Metairie, LA 70006.

14. CV and Expert report generated by Capt. Gregg Nichols;

15. CV and Expert report generated by Aaron M. Wolfson, Ph.D.;

16. CV and Expert report generated by G. Randolph Rice;

17. Any and all documents and things produced by any party through discovery;

18. Deposition testimony of any witness not available for trial;

19. Demonstrative evidence, such as diagrams, enhanced imaging and, animations, needed to fully explain plaintiff's injuries and surgeries;

20. Any exhibit necessary for impeachment or rebuttal purposes; and,

21. Any exhibits listed by any other parties.

Plaintiff, Chartaries Wilson, reserves the right to supplement his witness and exhibit list in accordance with the Federal Rules of Civil Procedure as discovery continues in this matter.

Respectfully submitted:

**SAUNDERS & CHABERT**

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS, LSBA NO. 25236
SCOTTY E. CHABERT, JR., LSBA NO. 30434
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
hsaunders@saunderschabert.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a copy of the above and foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS