UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARTARIES WILSON                           CIVIL ACTION NO: 22-3765

VERSUS                                      JUDGE: ASHE

MARQUETTE TRANSPORTATION                    MAGISTRATE: NORTH
COMPANY, LLC

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT ON CERTAIN NON-PECUNIARY DAMAGES

**MAY IT PLEASE THE COURT:**

This memorandum is respectfully submitted on behalf of the plaintiff, Chartaries Wilson, in order to clarify his position on the issues raised in defendant's Motion for Partial Summary Judgment on Certain Non-Pecuniary Damages.

Plaintiff concedes that certain non-pecuniary damages, such as loss of enjoyment of life, scarring and disfigurement, have been found to be unavailable to a Jones Act Seaman.

However, plaintiff asserts that the following pecuniary and non-pecuniary damages are recoverable in this matter: 1. Past wage loss; 2. Past fringe benefits and meals loss; 3. Future wage loss; 4. Future fringe benefits and meals loss; 5. Past medical expenses; 6. Future medical expenses; 7. Past pain and suffering; and 8. Future pain and suffering. All the above listed are pecuniary damages as delineated specifically by Judge Fallon of this Court in *Dunn v. Marquette Transportation Co.*, LLC, 2017 W.L. 3887521 (E.D. La. 9/06/2017)(Eldon E. Fallon, Judge).

In conclusion, plaintiff files this opposition for purposes of efficiency and clarification. Plaintiff seeks to recover any and all pecuniary and non-pecuniary damages to which he is entitled by law, including all categories set forth above.

1

Respectfully submitted:

**SAUNDERS & CHABERT**

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS, LSBA NO. 25236
SCOTTY E. CHABERT, JR., LSBA NO. 30434
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
hsaunders@saunderschabert.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, a copy of the above and foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS